IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEDDY RAY BALTIMORE, | ) | |
| | ) | 8:06cv330 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER |
| vs. | ) | |
| | ) | |
| OFFICER SANCHEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, Teddy Ray Baltimore, has elected to allow the above-entitled case to be dismissed, without prejudice, in accordance with the various options explained in filing no. 8, the Memorandum and Order entered by Magistrate Judge F. A. Gossett on August 28, 2006. The plaintiff will therefore have until four (4) years from the date of the first of the events leading to the injury alleged in the plaintiff's complaint, i.e., until expiration of the statute of limitations for a civil rights claim, to file his complaint again if he so wishes.[1]  At this time, the complaint and this action are hereby dismissed without prejudice, and judgment will be entered accordingly.

SO ORDERED.

DATED  this 20th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1]If a plaintiff files a complaint when a nonprisoner, the Prison Litigation Reform Act does not apply to the case, even if the subject matter of the complaint deals with matters which occurred during a prior imprisonment.